IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00412-FDW-SCR

| ELLA BECKHAM, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| BRINK'S, INCORPORATED, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Defendant's "Motion to Compel Arbitration" (Doc. No. 8) and the parties' briefs and exhibits. (Doc. Nos. 8-1, 9, & 10).

In her Response, Plaintiff states that "[a]fter careful consideration of Defendant's motion and consultation with counsel, Plaintiff does not oppose Defendant's Motion to Compel Arbitration." (Doc. No. 10 at 1).

For that reason and the other reasons stated in the Motion and Defendant's Memorandum in Support (Doc. No. 9),

**IT IS HEREBY ORDERED that:**

1. Defendant's "Motion to Compel Arbitration" (Doc. No. 8) is **GRANTED**. The Court **STAYS** this action pending arbitration of Plaintiff's claims. See 9 U.S.C. § 3. The parties are **ORDERED** to arbitrate their dispute in accordance with their agreement.

2. The parties are further **ORDERED** to file a status update 90 days from this Order and every 90 days thereafter.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: November 12, 2024

Susan C. Rodriguez
United States Magistrate Judge